## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 39

**IP Address:** 74.68.59.219  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash:<br>71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 06-01-2022 03:05:13 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 2 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash:<br>32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 05-09-2022 15:39:35 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 3 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash:<br>4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 05-02-2022 03:37:28 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 4 | Info Hash: B69BF5B650F1ABF419E907FD8D52BDCE9C2A4187<br>File Hash:<br>3FA25930916E2643986F94CF66312ECB7A8B3D56DCAD8EE77945F3F70CEC6866 | 04-14-2022 14:10:27 | Slayed | 11-04-2021 | 12-03-2021 | PA0002333371 |
| 5 | Info Hash: 2D80D6E659AEBC1C055D76199363C6D3A6E17EC4<br>File Hash:<br>0467C7C351660CCEAB39C5655AA1FAD4C19C70A18BF857CEFF8F4E8451F67A4B | 04-12-2022 18:43:33 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 6 | Info Hash: C6A583E22B969AF1D642CE152B313C80A24D7502<br>File Hash:<br>91288A5B54CE6DE8C6676B86A0DDA3ECF7DD52B0DC6B84B83541968C277FA08F | 04-12-2022 18:41:41 | Slayed | 10-21-2021 | 11-01-2021 | PA0002326406 |
| 7 | Info Hash: 6949179385D814C6234383F7E0182E01EC15685A<br>File Hash:<br>72C975222E064D148CCE5523E2B0805C111C136A2649DC791F1534EC519A41FB | 04-07-2022 13:22:41 | Slayed | 10-07-2021 | 11-01-2021 | PA0002326408 |
| 8 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash:<br>13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 02-15-2022 01:59:43 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 9 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 02-06-2022 19:11:50 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 10 | Info Hash: D10DD855E1B9F8937F079FA39B40F3730DEE95C4<br>File Hash:<br>83B5920A46DF8C75E436FE2B8FD47589075363F3F545D7F3F2D71EE9DE6BCB91 | 01-21-2022 22:15:51 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 11 | Info Hash: 978DAB995093847C5BE3A19B9B64D305D063B756<br>File Hash:<br>A968A4D1C691D1C8F088ADE0D25CB63298D6EC684EF9B1016049564E6682788B | 01-21-2022 22:14:32 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E2D4A404654D90063AD427121874DAE5BE1A7196<br>File Hash: C47E1A387F715C5B217AC156AA84F4B5FD8C3E147D5EAAADDE08C263A8A6A59C | 01-21-2022 22:13:41 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 13 | Info Hash: D6D23B2CE977EEB36DEA56CDC5E75DC35F366570<br>File Hash: DC52E6D34147E0E750C91D649DA30DB83DF04E8B3251EE10DC33D971F7F5B576 | 01-21-2022 22:13:16 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 14 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash: 9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 01-21-2022 22:12:11 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 15 | Info Hash: 70B284BC18C7859CC075F5C3D3F66404CDF8F61D<br>File Hash: D0EA06025AC216C09A5FC937ACB62081A76AD6102B13F8507C82A76890D7B4E3 | 01-21-2022 22:11:30 | Slayed | 09-09-2021 | 09-30-2021 | PA0002320424 |
| 16 | Info Hash: C6F2AC50B7C7AB7FD8BBF83577BA681AFDFE3F1E<br>File Hash: 2A76A4B2EC4395F95E49286DA50156ED4CBCBCAFB6758E3AFF7211F9D1C6E7D0 | 01-21-2022 22:11:17 | Slayed | 08-12-2021 | 09-08-2021 | PA0002316100 |
| 17 | Info Hash: 7B2F9B4680B39AA92B91BB424C28E023B00F7BC6<br>File Hash: E7DE2E10A76765C74A11D2C24885F54A7785798A6B19A29D5965CAA4568AC5D3 | 01-21-2022 22:11:16 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 18 | Info Hash: 18F765FCA7C2CB22C0A8EF5AA537CA95018CE83C<br>File Hash: 5C4ABEE9DBEF60D949B2FB10AE7770DB924BBB35D35FDA01EB7C1328BF245B6D | 01-21-2022 22:11:11 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 19 | Info Hash: 11D40149681AB89C9F04913344830DB23C2642CA<br>File Hash: 34BC8CA35E6EC492FB4201F5252A1CA5D7155F412DBA6471BBC82B43D4BF12D8 | 01-21-2022 22:11:06 | Slayed | 12-07-2021 | 01-07-2022 | PA0002337491 |
| 20 | Info Hash: 604754A044638714B2D42EEF1CD6268A6791EABB<br>File Hash: 428753430D344904A56ABC1776729A65F112C7858C337E32C093D74745C814E9 | 01-21-2022 22:10:56 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 21 | Info Hash: 98CD859C25F3472E82B27BB6AB807AA4B7F1C0EE<br>File Hash: EA7DFE340C90D974BA0CB07E3B0E06469B4B6B2E6E83D27D371F0C54FB3AA9F9 | 01-21-2022 22:10:11 | Slayed | 01-18-2022 | 02-03-2022 | PA0002341748 |
| 22 | Info Hash: 4462F15ECCAE3038C0E004C2DB3C7942CBA68F27<br>File Hash: AA7966D1EC58A23D2922019D9593ADAD91E50106211EB64A264A882FA4900E4B | 01-17-2022 03:14:14 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 23 | Info Hash: D5D957EA513F098AEF8D28D63D0E511AD10F5AE0<br>File Hash: FCA889C717E64AE82BDE078A13DB81E2D3988BDE36B95988E80350628DE162B5 | 01-09-2022 16:09:14 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4840754257C9663A9DE1402B921F8823383F24D3<br>File Hash: 670980E86652057C5DC70AA7DC040362C9D7FB658C7B62E55400B0A0F317B3EE | 12-26-2021 14:36:55 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 25 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-26-2021 14:31:28 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 26 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash: 68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 12-12-2021 22:51:26 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 27 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-06-2021 03:26:42 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 28 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-15-2021 05:01:55 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 29 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash: 96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-04-2021 02:53:15 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 30 | Info Hash: 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670<br>File Hash: 7836789A06673F176CE59799CD41DF28C3E015408AE15D3D4CC776849AAEA9B2 | 10-23-2021 19:16:46 | Vixen | 12-15-2017 | 01-24-2018 | PA0002101764 |
| 31 | Info Hash: 63DFE31973E8D9C33E4F6DC4A565B760E78B2463<br>File Hash: 5823B89B3CE90E5E33801FF1E9C4C87D98B236B0012E245C8248E40D0E7F79FB | 10-23-2021 19:02:41 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |
| 32 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 10-18-2021 13:33:57 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 33 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash: F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 09-28-2021 01:36:59 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 34 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 09-20-2021 18:28:24 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 35 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-18-2021 03:48:52 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BC56F83209A6EACC873D0DF0F7F89DE072F64235<br>File Hash:<br>2334FFB84C15582D1F3D7054C16C996E10A3FB6B61D94C71A0645B8A5058F270 | 09-15-2021 16:20:11 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 37 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash:<br>77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-07-2021 01:34:04 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 38 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash:<br>BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 08-30-2021 02:47:08 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 39 | Info Hash: 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25<br>File Hash:<br>8E3DA9D418507C4F5BCA355A3ACA8488ED223A70EAD8C21964A295BC21850AFF | 08-23-2021 16:15:41 | Vixen | 04-24-2017 | 06-15-2017 | PA0002037568 |